UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                    :
JOSE PEGUERO, *et al.*,                          :

                          Plaintiffs,   :      12-CV-5184 (JPO)

               -v-                           :
                                          :      <u>OPINION AND ORDER</u>
CITY OF NEW YORK, *et al.*,            :

                        Defendants. :
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

     The Court is currently considering the parties' submissions in connection with Defendants' motion for summary judgment, and has determined that it would be helpful to review the transcript of Jose Ramos's deposition in its entirety. Defendants are directed to file that transcript on the docket as soon as possible.

     SO ORDERED.

Dated: February 18, 2015
       New York, New York

                                                                                        J. PAUL OETKEN
                                                                  United States District Judge